SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
Email:         okatz@sheppardmullin.com

Proposed Attorneys for the Official Committee of
Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>NEWZOOM, INC.,<br><br>              Debtor. | Case No.:   15-31141 HLB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors

("Committee") appointed in the above-captioned bankruptcy case of NewZoom, Inc. (the

"Bankruptcy Case"), through  its proposed counsel, Sheppard, Mullin, Richter & Hampton LLP

("Sheppard Mullin"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the

United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the

official mailing matrix, CM/ECF, and service lists in the Bankruptcy Case.  The Committee

requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the

Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the

Bankruptcy Case and copies of all papers served or required to be served in the Bankruptcy Case,

including but not limited to, all notices (including those required by Bankruptcy Rule 2002),

-1-

Case: 15-31141    Doc# 62    Filed: 09/23/15    Entered: 09/23/15 11:17:25    Page 1 of 2

1 | reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure

2 | statements and all other matters arising herein or in any related adversary proceeding, be given and

3 | served upon Sheppard Mullin at the following address:

4 |
<br>
Ori Katz
Sheppard, Mullin, Richter & Hampton LLP
5 | Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
6 | Phone: (415) 434-9100
Fax: (415) 434-3947
7 | Email:okatz@sheppardmullin.com

8 | **PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

9 | Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

10 | Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any

11 | application, complaint or demand, motion, petition, pleading or request, and answering or reply

12 | papers filed in this case, whether formal or informal, written or oral, and whether served,

13 | transmitted or conveyed by mail, electronic mail, hand delivery, telephone, fax or otherwise filed

14 | or made with regard to the above-captioned case.

15 | Dated: September 23, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16 |

17 | By _____/s/ Ori Katz_____
ORI KATZ

18 |

19 | Proposed Attorneys for Official Committee of
Unsecured Creditors

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-2-