UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION



In re:

NEWZOOM, INC.,[1]

          Debtor.

Case No. 15-31141-HB

Chapter 11

REQUEST FOR PAYMENT OF 503(B)(9)
ADMINISTRATIVE EXPENSE CLAIM

**THIS FORM IS TO BE USED ONLY FOR CLAIMS ARISING DURING THE PERIOD FROM AUGUST 21, 2015 THROUGH SEPTEMBER 9, 2015 UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE.**

1. Name of claimant: BEN KABEYA

2. Date(s) 503(b)(9) claim arose: 10/2/2015

3. Amount of 503(b)(9) claim: 6432.00

4. Documentation supporting the 503(b)(9) claim must be attached hereto. Documentation should include both evidence of the nature of the 503(b)(9) claim asserted as well as evidence of the date or dates on which the claim arose.

Date:        Signature:     Signature: *kabeya ilunga*
                                                           kabeya ilunga (Oct 2, 2015)

                                           Email: b_kabeya@yahoo.com

Name: Ben kabeya

Address: 586 codie reed ct

holly springs, NC 27540

Phone Number: 9197537682

Email: b_kabeya@yahoo.com

Attach Supporting Documentation (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[x] I have supporting documentation.
    (attach below)

[ ] I do not have supporting documentation.

---

[1] The last four digits of the Debtor's tax identification number are 9130. The location of the Debtor's headquarters and service address is 22 Fourth Street, San Francisco, CA 94103.

# ZOOMSHOP SERVICE INVOICE

| | |
|---|---|
| Invoice #: | Aug-15 |
| Invoice Date: | 8/1/15 |
| Due Date: | 9/31/2015 |
| Terms: | Net 30 |

**Ben Kabeya**

| | |
|---|---|
| Contact Name: | Ben Kabeya |
| Address: | 586 Codie Reed Ct |
| | Holly Springs, NC 27540 |

**BILLED TO:**
ZoomSystems, Inc.
ATTN: Field Services
22 Fourth Street Suite 1600
San Francisco, CA 94103

**SERVICED AT:**
Raleigh Durham Airport
2400 W. Terminal Blvd
Raleigh, NC 27623

Monthly Service Fee (per ZS): $ 300.00  Hourly Rate: $ 40.00  Sales Tax Rate: 0.00%

## REGULAR MONTHLY FEES

| ZoomShop ID | | | | Monthly Service Fee | Amount | |
|---|---|---|---|---|---|---|
| BBA076 RDU2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| BBA099 RDU2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| ZEAZA00016 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| BFA011RDU 2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| 3FLA011 RDU 2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| | | | | Regular Monthly Fee Sub Total: | $ 1,500.00 | |

## ADDITIONAL SERVICES PERFORMED

NOTE: All additional hourly charges MUST list ZoomSystems WO # or they will be disputed.

| | Date | Service | WO# | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| BBA076 RDU 2 | 8/24/15 | Upgrade by Service Provider | BBY30.BBA076 | 3.00 | $ 40.00 | $ 120.00 | 6042-XXXX |
| BBA099 RDU 2 | 8/26/15 | Upgrade by Service Provider | BBY30.BBA099 | 3.00 | $ 40.00 | $ 120.00 | 6042-XXXX |
| BBA076 RDU 2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| BBA099 RDU 2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| BFA011 RDU2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| 3FA 011 RDU2 | 8/27/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| | | | | | Additional Services Provided Subtotal: | $ 312.00 | |

| | | |
|---|---|---|
| Subtotal | $ 1,812.00 | |
| Port Authority Fees | | 6040 |
| Tax | $ - | 6040 |
| Grand Total | $ 1,812.00 | |

**NOTES:**

**ZOOMSYSTEMS USE ONLY:**

INVOICE APPROVED FOR PAYMENT BY: _____  DATE: _____

# ZOOMSHOP SERVICE INVOICE

| Ben Kabeya | | |
|---|---|---|
| **Contact Name:** | Ben Kabeya | |
| **Address:** | 586 Codie Reed Ct | |
| | Holly Springs, NC 27540 | |

| | |
|---|---|
| Invoice #: | Aug-15 |
| Invoice Date: | 8/1/15 |
| Due Date: | 9/31/2015 |
| Terms: | Net 30 |

**BILLED TO:**
ZoomSystems, Inc.
ATTN: Field Services
22 Fourth Street Suite 1600
San Francisco, CA 94103

**SERVICED AT:**
Raleigh Durham Airport
2400 W. Terminal Blvd
Raleigh, NC 27623

Monthly Service Fee (per ZS): $ 300.00    Hourly Rate: $ 40.00    Sales Tax Rate: 0.00%

## REGULAR MONTHLY FEES

| eStore ID | Replenishment Visits (2 per week per ZS) | Included Dispatches (4 per moth per ZS) | | Monthly Service Fee (Per ZS) | Amount | ZoomSystems Use Only: Accounting Code/Project ID |
|---|---|---|---|---|---|---|
| BBA076 RDU2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| BBA099 RDU2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| ZEAZA00016 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| BFA011RDU 2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| 3FLA011 RDU 2 | 8 | 4 | | $ 300.00 | $ 300.00 | 6040 |
| | | | | **Regular Monthly Fee Sub-Total:** | $ 1,500.00 | |

## ADDITIONAL SERVICES PERFORMED

NOTE: All additional hourly charges MUST list ZoomSystems WO # or they will be disputed.

| eStore ID | Date | Type | ZoomSystems WO # | Hours | Price | Amount | ZoomSystems Use Only: Accounting Code/Project ID |
|---|---|---|---|---|---|---|---|
| BBA076 RDU 2 | 8/24/15 | Upgrade by Service Provider | BBY30.BBA076 | 3.00 | $ 40.00 | $ 120.00 | 6042-XXXX |
| BBA099 RDU 2 | 8/26/15 | Upgrade by Service Provider | BBY30.BBA099 | 3.00 | $ 40.00 | $ 120.00 | 6042-XXXX |
| BBA076 RDU 2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| BBA099 RDU 2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| BFA011 RDU2 | 8/20/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| 3FA 011 RDU2 | 8/27/15 | Escort CES for Repair | | 0.45 | $ 40.00 | $ 18.00 | 6044 |
| | | Select One… | | | | | |
| | | Select One… | | | | | |
| | | | | **Additional Services Provided Sub-total:** | | $ 312.00 | |

| | | |
|---|---|---|
| Subtotal | $ 1,812.00 | |
| Port Authority Fees | | 6040 |
| Tax | $ - | 6040 |
| **Grand Total** | $ 1,812.00 | |

**NOTES:**

**ZOOMSYSTEMS USE ONLY:**

INVOICE APPROVED FOR PAYMENT BY: _____     DATE: _____

Case: 15-31141    Doc# 131    Filed: 10/09/15    Entered: 10/13/15 10:28:42    Page 3 of 4



Wednesday, August 19, 2015

Mr. Ben Kabeya
Raleigh Durham Airport

To whom it may concern:

This letter is to confirm that Mr. Ben Kabeya services and maintains our automated retail kiosks (ZoomShops) at the Raleigh Durham Air[port] and has done so for many years.

Each ZoomShop has a monthly base price of $300 and every month Kabeya submits an invoice of approximately $1,500 for all 5 ZoomSh[ops]. Additional work is paid by the hour and is also included with his invo[ice] necessary. He also meets the monthly bonus incentive which is approximately $1,500, pending variance and overall service levels.

Please let me know if you need additional information from ZoomSystems.

Sincerely,

Aura San Miguel
Airport Operations Analyst
ZoomSystems
415-400-8097