Signed and Filed: December 3, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 15-31141 HLB |
| NEWZOOM INC., | ) Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION FOR APPROVAL OF KEY EMPLOYEE RETENTION AND INCENTIVE PLANS**

On December 2, 2015, the Court held a hearing on Debtor's Motion for the Approval of Key Employee Incentive Plan and Non-Insider Retention Plan and Authorizing Payments Thereunder (the "Motion"). Appearances were as noted on the record. Upon due consideration of the pleadings and argument of the parties, and for the reasons stated on the record, the Court **ORDERS** that the Motion is **GRANTED** as to the Non-Insider Retention Plan (KERP) and **DENIED** as to the Key Employee Incentive Plan (KEIP).

**\*\*END OF ORDER\*\***

ORDER GRANTING IN PART AND
DENYING IN PART DEBTOR'S MOTION
FOR APPROVAL OF KEY EMPLOYEE
RETENTION AND INCENTIVE PLANS                -1-

Case: 15-31141    Doc# 279    Filed: 12/03/15    Entered: 12/03/15 13:17:42    Page 1 of 2

## Court Service List

[None]